UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOBBY JOHN GRAY,<br><br>　　　　Defendant. | Case No. 25-mj-70933-MAG-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
SALLIE KIM
United States Magistrate Judge

*Rev. 08-2023*